**ALEXEI SCHACHT**
**Attorney at Law**
**123 West 94ᵗʰ Street**
**New York, New York 10025**
**Tel: (646) 729-8180**
**Fax: (212) 504-8341**
**alexei@schachtlaw.net**
**www.schachtlaw.net**

March 12, 2018

*Via ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    **United States v. Ali Kourani, 17 Cr. 417 (AKH)**

Dear Judge Hellerstein:

     I write concerning my obligation to provide a sworn statement from Mark Denbeaux stating that he does not have any other notes from his conversations with the FBI and Ali Kourani. Today I spoke to Mr. Denbeaux and he told me that he is in Italy on vacation and will be back this weekend in the United States. He has no access to a printer or scanner and so I will be unable to provide the statement until next week.

     Yours truly,


     /s/ Alexei Schacht


     Alexei Schacht

cc:    United States Attorney (*by ecf*)